IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02065-KLM-CBS

ALICE MARIE SIEMENS,

    Plaintiff,

v.

STEVE ROMERO, JR.,

    Defendant.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on November 4, 2009, by Judge Walker D. Miller and was assigned to Magistrate Judge Kristen L. Mix on November 4, 2009.  Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

    IT IS HEREBY **ORDERED** that Magistrate Judge Craig B. Shaffer is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge, entered by Judge Walker D. Miller on September 1, 2009 [Docket No. 2], is **vacated**.

    IT IS FURTHER **ORDERED** that a Final Pretrial Conference will be held by Magistrate Judge Kristen L. Mix on **September 13, 2010 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Mix **five (5) business days** prior to the Final Pretrial Conference date.  All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

    IT IS FURTHER **ORDERED** that a five-day jury trial is scheduled for **September 27-October 1, 2010** before Magistrate Judge Mix.

Dated:  December 9, 2009

                                              BY THE COURT:

s/ Kristen L. Mix
KRISTEN L. MIX
United States Magistrate Judge