IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02065-KLM-CBS

ALICE MARIE SIEMENS,

    Plaintiff,

v.

STEVE ROMERO, JR.,

    Defendant.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulation for Dismissal with Prejudice of Plaintiff Alice Marie Siemens [sic] Claims Against Defendant Steve Romero, Jr.** [Docket No. 32; Filed March 16, 2010].

IT IS HEREBY **ORDERED** that this action is **DISMISSED with prejudice**, each party to pay his or her own costs and attorneys' fees.

Dated: March 18, 2010

                                            BY THE COURT:

                                            s/ Kristen L. Mix
                                            KRISTEN L. MIX
                                            United States Magistrate Judge